UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE ANNE SEGAL,<br><br>Defendant. | Case No. 1:17-cr-00054-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Katherine Segal's unopposed motion for sentence reduction. Dkt. 47. After considering the briefing and record, the Court will grant the motion.

## BACKGROUND

In 2018, Segal pled guilty to possession with intent to distribute Alpha-PVP and was sentenced to 70 months incarceration. Segal is currently serving her sentence at a halfway house. Segal's expected release date is January 20, 2022.

Segal seeks compassionate release so that she may care for her daughter who is seriously ill with cancer. Segal has a satisfactory release plan and will be able to care for her daughter at her residence.

## LEGAL STANDARD

Segal seeks compassionate release under 18 U.S.C. 3582(c)(1)(A). To grant compassionate release, a district court must, as a threshold matter, determine whether a defendant has exhausted his or her administrative remedies. *Id*. If the exhaustion requirement is met, the court must consider the 18 U.S.C. § 3553(a) factors. *Id.* Then the Court may grant compassionate release only if the defendant shows that "extraordinary and compelling reasons warrant such a reduction." *Id.*; *United States v. Aruda*, 993 F.3d 797, 801 (9th Cir. 2021). *See also United States v. Rodriguez*, 424 F. Supp. 3d 674, 680 (N.D. Cal. 2019). The defendant bears the burden of establishing that extraordinary and compelling reasons exist to justify compassionate release. *See United States v. Greenhut,* 2020 WL 509385, at *1 (C.D. Cal. Jan. 31, 2020) (citing *United States v. Sprague*, 135 F.3d 1301, 1306-07 (9th Cir. 1998)).

## ANALYSIS

Segal requested compassionate release from the Warden of her facility on May 28, 2021 and has not received a response. Therefore, her motion is ripe for consideration.

Segal has demonstrated extraordinary and compelling circumstances justifying release. Caring for her daughter, who is severely ill, is the kind of family

circumstance envisioned by the Sentencing Commission that warrants release. U.S.S.G. § 1B1.13.[1]

The § 3553(a) factors also warrant release. Segal has served most of her sentence and has been transferred to a halfway house. Segal has a satisfactory release plan. Further, Segal will continue participating in substance abuse and mental health treatment while on supervised release.

## ORDER

**IT IS ORDERED** that Katherine Segal's Unopposed Motion for Sentence Reduction (Dkt. 47) is GRANTED.

**IT IS FURTHER ORDERED** that Katherine Segal's sentence is reduced to a sentence of time served. The Bureau of Prisons shall release her as soon as possible to begin serving her term of supervised release.

DATED: June 29, 2021

B. Lynn Winmill
U.S. District Court Judge

---

[1] Section 1B1.13 is not binding on the Court but remains persuasive.